■ In the Matter of EDWARD C.L., a Child Alleged to be Neglected. BRUCE L., Appellant; COMMISSIONER OF THE NEW YORK CITY ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent, et al., Respondent. [740 NYS2d 298] —Order of disposition, Family Court, New York County (Susan Larabee, J.), entered on or about April 25, 2000, which released the subject child to respondent mother upon a finding of neglect by respondent father, unanimously affirmed, without costs.

The finding of neglect is supported by a preponderance of the evidence showing that respondent father exposed the child to a pervasive environment of verbal abuse directed at respondent mother that sometimes escalated to include unwelcome physical contact, and that the child's health was in imminent danger of becoming impaired as a result. The finding of imminent impairment could be made in this case without expert evidence (*see*, *Matter of Lonell J.*, 242 AD2d 58; *Matter of Deandre T.*, 253 AD2d 497). Concur—Williams, P.J., Tom, Saxe, Rubin and Friedman, JJ.